■ CARY BROFSKY, Respondent, v CITY OF NEW YORK et al.,
Defendants, and DA'JARM CONSTRUCTION COMPANY, INC., et
al., Appellants.—In an action to recover damages for personal
injuries, the defendants Da'Jarm Construction Company, Inc.,
and B. G. National Plumbing & Heating Corp. separately
appeal from an order of the Supreme Court, Queens County
(Lerner, J.), dated October 6, 1989, which denied their respec-
tive motions to dismiss the complaint insofar as asserted
against them.

Ordered that the order is affirmed, with one bill of costs.

The appellants moved to dismiss the complaint on the
ground that the plaintiff's common-law negligence action was
barred by the so-called "fireman's rule" *(see, Santangelo v
State of New York,* 71 NY2d 393). The plaintiff, a New York
City police officer, was allegedly injured when he stepped into
a pothole on a public street. We find that the appellants'
motions were properly denied as the traffic condition which
necessitated the officer's services at that location was suffi-
ciently separate and apart from the alleged negligent acts
which caused his injuries *(see, Murphy v Creative Foods Corp.,*
170 AD2d 441; *Janeczko v Duhl,* 166 AD2d 257; *Starkey v
Trancamp Contr. Corp.,* 152 AD2d 358; *Burnside v City of New
York,* 144 Misc 2d 183). Thompson, J. P., Brown, Miller and
O'Brien, JJ., concur.